**EXHIBIT 1**

1

2

**Exhibit B**

**Statement of Facts**

3      Defendants Gree Electric Appliances, Inc. of Zhuhai ("Gree

4  Zhuhai"), Gree USA, Inc. ("Gree USA"), and Hong Kong Gree Electric

5  Appliances Sales Co., Ltd. ("Gree Hong Kong") (collectively the

6  "Gree Companies") hereby agree and stipulate that the following

7  information is true and accurate.  The Gree Companies admit, accept,

8  and acknowledge that they are responsible for the acts of their

9  officers, directors, employees, and agents as set forth below.  The

10 Gree Companies also admit, accept, and acknowledge that, had this

11 matter proceeded to trial, the government would have proven beyond a

12 reasonable doubt, by admissible evidence, the facts set forth below.

13                        The Gree Companies

14      1.   From 2007 to September 2013, Gree Zhuhai was a large

15 Chinese company that manufactured household appliances ("Gree

16 appliances") for sale in and outside of China, including in the

17 United States.

18      2.   From 2007 to September 2013, Gree Hong Kong was a Chinese

19 subsidiary of Gree Zhuhai that exported Gree appliances to the

20 United States.

21      3.   From 2010 to September 2013, Gree USA was a California

22 corporation with offices in City of Industry, California, and a

23 subsidiary of Gree Hong Kong.  Gree USA sold Gree appliances to

24 retailers in the United States.  Those Gree appliances were

25 manufactured by Gree Zhuhai and imported into the United States by

26 Gree Hong Kong and Gree USA.  Gree USA was a joint venture between

27 Gree Hong Kong and another company, MJC America Holdings Co., Inc.

28 ("MJC America Holdings").  Gree Hong Kong was the majority owner of

1  Gree USA.  Gree USA's Chief Executive Officer ("CEO"), Chief

2  Financial Officer ("CFO"), who was the brother of Gree USA's CEO,

3  and Chief Administrative Officer ("CAO") were owners of MJC America

4  Holdings.  Gree USA's CEO, CFO and CAO effectively controlled Gree

5  USA.

6      4.  From 2010 to September 2013, Gree USA sold in the United

7  States dehumidifiers manufactured by Gree Zhuhai and imported into

8  the United States by Gree Hong Kong ("Gree dehumidifiers").

9                The Consumer Product Safety Commission and

10                  the Consumer Product Safety Act

11      5.  The Consumer Product Safety Act (the "CPSA") was enacted to

12  protect the public from dangerous consumer products.

13      6.  The United States Consumer Product Safety Commission (the

14  "CPSC") is the federal agency responsible for protecting consumers

15  from dangerous consumer products and is the lead federal agency

16  responsible for the implementation, enforcement, and administration

17  of the CPSA.  The CPSC can order mandatory recalls of dangerous

18  products.

19      7.  The CPSA requires companies that manufacture, import,

20  distribute, or sell consumer products to inform the CPSC, among

21  other things, about any consumer product about which information

22  reasonably supports the conclusion that such product contains a

23  defect that could create a substantial product hazard, or creates an

24  unreasonable risk of serious injury or death.  This duty to report

25  also applies to the individual directors, officers, and agents of

26  those companies.  A company's or an individual's knowing and willful

27  failure to report an unsafe product to the CPSC is punishable as a

28  felony violation of the CPSA.

### The Gree Companies Learn that Their Dehumidifiers

### Are Catching Fire

8.  On or about July 26, 2012, the CEO of Gree USA saw a video of a burning Gree dehumidifier.  On July 26, 2012, Gree USA's CEO sent the video to a Gree Hong Kong manager ("Gree Hong Kong Manager #1"), who was also a director of Gree Hong Kong and in charge of exporting Gree appliances for sale in the United States, copying other Gree USA employees and a Gree Zhuhai employee.  In sending the video, Gree USA's CEO labeled the email "urgent," and said that the video was "scarey [sic] to just watch" and a "very serious issue with GREE product quality."  Gree USA's CEO also stated that the video was the third reported instance of a Gree appliance catching fire since in or about June 2012 and that it could lead to lawsuits against Gree USA as well as a recall costing millions of dollars.  Gree USA's CEO knew that the Gree Companies had an obligation to inform the CPSC immediately of any consumer product that contained a defect creating a substantial product hazard or that created an unreasonable risk of serious injury or death.

9. Gree Hong Kong Manager #1, replied to the July 26, 2012 email from Gree USA's CEO that same day.  In his reply email, Gree Hong Kong Manager #1 said that "[w]e also felt shock when we watched the video[,]" and that he had sent the video to Gree Zhuhai's Quality Department and to Gree Zhuhai's chief engineer who was also its senior vice president for research and development.

### The Gree Companies Learn that Two Defects in

### Their Dehumidifiers are Causing Them to Catch Fire

10. During August 2012, Gree USA and Gree Zhuhai employees, engineers and officers investigated the Gree dehumidifiers for

1  potential defects that could cause them to catch fire.  No employee

2  of Gree USA or Gree Zhuhai informed the CPSC of a defect or risk

3  associated with the Gree dehumidifiers in August 2012.

4      11. On September 4, 2012, Gree USA's CEO emailed Gree Hong Kong

5  Manager #1 about the Gree dehumidifiers.  The CEO stated that Gree

6  USA had tested its dehumidifier inventory in Gree USA's warehouse

7  and the testing showed that these dehumidifiers burned.  The CEO

8  stated "the result is not like what you have told us" regarding how

9  many units were involved because "the result shows the units all can

10 catch the fire and apparently the material is not according to UL

11 standard! I don't think the factory is telling us the fact and

12 truth. . . ."  The CEO stated that, because of Gree USA's test

13 results, he would have the dehumidifiers further tested for

14 compliance with UL (formerly Underwriters Laboratory) standards and

15 was planning to inform the CPSC about the Gree dehumidifiers.

16     12.  On September 5, 2012, Gree Hong Kong Manager #1 emailed

17 Gree USA's CEO instructing "Gree USA to resolve the claim and CPSC

18 case" and stating that Gree Zhuhai would "fully indemnify Gree USA

19 for any expense and responsibility."  That same day, Gree USA's CEO

20 replied and requested more details regarding who would pay the costs

21 that could result from the Gree dehumidifiers and when they would

22 pay, and offered to handle reporting the Gree dehumidifiers to the

23 CPSC if Gree Zhuhai would agree to pay all future costs related to

24 the dehumidifiers' defects.  Gree Hong Kong Manager #1 replied on

25 September 6, 2012, stating that they were willing to agree to

26 compensate expenses in a timely manner and that Gree USA "would be

27 the single entity to reply insurance company and CPSC, [and] we will

28 provide the necessary supports of test records and technical

4

information if you need any."  After these communications, no one

from the Gree Companies informed the CPSC about the Gree

dehumidifiers or their defects.

13. On September 10, 2012, Gree USA's CEO emailed the highest

ranking person at Gree Zhuhai, the chairperson of Gree Zhuhai's

board who also served as Gree Zhuhai's President and CEO, copying no

one else from Gree Zhuhai or Gree Hong Kong.  In this email, Gree

USA's CEO stated that "GREE headquarters" had told him not to report

the Gree dehumidifiers to the CPSC.  Specifically, the Gree USA CEO

stated that "GREE headquarters" had told him not to report that the

Gree dehumidifiers may be defective and catch on fire and that they

might have overheating parts and plastic parts that could burn

because the plastic did not meet the UL standard for fire

resistance.  Gree USA's CEO warned in his email that any company or

individual who withheld from the CPSC information about a dangerous

product could face severe punishment, including criminal

prosecution.  Gree USA's CEO asked how Gree Zhuhai would pay future

costs related to the Gree dehumidifiers, including any potential

harm to MJC America Ltd. ("MJC America"), a company owned by Gree

USA's CEO, CFO and CAO which also sold the defective Gree

dehumidifiers.  Gree USA's CEO stated that if Gree Zhuhai did not

give him clear instructions on how to handle the Gree dehumidifiers

within a matter of days, then he would inform the CPSC about the

dehumidifiers.  No one replied to this email.

14. On September 13, 2012, Gree USA's CEO sent another email to

Gree Hong Kong Manager #1.  In this email, Gree USA's CEO discussed

how a recall of the defective Gree dehumidifiers might be handled

and attached the CPSC's "Recall Handbook."  Gree USA's CEO also

1   discussed the financial costs and lost sales that could result from

2   a recall.  He did not express any consideration or concern about how

3   defective Gree dehumidifiers could harm consumers.  Gree USA's CEO

4   asked Gree Hong Kong Manager #1 to forward this email to Gree

5   Zhuhai's chief engineer.

6       15. On September 19, 2012, Gree Hong Kong Manager #1 came to

7   Gree USA's offices in City of Industry, California, to meet with

8   Gree USA's CEO.  A Gree Zhuhai engineer and three other Gree USA

9   officers also participated in the meeting.  This meeting was audio

10  recorded by agreement.

11      16. At this September 19 meeting, Gree Hong Kong Manager #1

12  stated that Gree Zhuhai's testing of the Gree dehumidifiers was not

13  able to reproduce the reported fire, but had revealed two defects:

14  (1) the dehumidifiers used plastics that did not meet UL standards

15  for fire resistance; and (2) electrical arcing caused by the

16  dehumidifiers' compressors overheating could burn the non-UL

17  standard plastic used in these dehumidifiers.  The Gree Zhuhai

18  engineer at the meeting also discussed these defects.  Gree Hong

19  Kong Manager #1 stated that he was aware of at least five consumer

20  reports of Gree dehumidifiers overheating and catching fire but that

21  Gree Zhuhai "still believe[d] that the fire case is a relatively

22  isolated case . . . associated with atrocious conditions."  He also

23  stated that Gree Zhuhai would modify the manufacture of all future

24  dehumidifiers to fix this problem so they would not catch fire.

25          The Gree Companies Decide To Delay Reporting and Recalling

26                     Their Defective Dehumidifiers

27      17. At this same September 19 meeting, Gree Hong Kong Manager

28  #1 said that the meeting participants' decisions on what to do about

6

1  the Gree dehumidifiers should be guided by the principle of

2  minimizing the costs and loss of reputation to the Gree Companies.

3  Gree Hong Kong Manager #1 said that Gree Zhuhai wanted to delay any

4  recall of the dehumidifiers for 6 to 9 months because delaying a

5  recall would reduce the recall's effect on Gree dehumidifier sales.

6  Gree Hong Kong Manager #1 stated that an immediate recall would have

7  a significant, and negative, effect on 2012 and 2013 Gree

8  dehumidifier sales.  Gree Hong Kong Manager #1 stated that a recall

9  could be delayed 6 to 9 months because cooler fall and winter

10 temperatures would help prevent Gree dehumidifiers from overheating

11 and catching fire, and that there should be very few, if any,

12 dehumidifier fires in the 6 to 9 months following September 2012.

13     18. In response to what Gree Hong Kong Manager #1 said, Gree

14 USA's CEO said at the meeting that the Gree dehumidifiers' defects

15 were very significant and had important legal implications.  But the

16 Gree USA CEO did not push to inform the CPSC of the dehumidifiers.

17 Rather, Gree USA's CEO recommended only that the Gree Companies have

18 another company test the Gree dehumidifiers and then decide whether

19 to delay the recall.  Gree Hong Kong Manager #1 responded by urging

20 the Gree USA officers not to conduct such a test of the Gree

21 dehumidifiers because that test would show that the dehumidifiers

22 used plastic that did not meet UL standards for fire resistance.

23 Gree USA's CEO said that the Gree USA officers understood what Gree

24 Zhuhai was asking them to do and needed time to think before making

25 a decision about how to proceed.

26     19. Two days after the September 19, 2012 meeting, Gree USA's

27 CEO sent an email to Gree Zhuhai's chief engineer and copied the

28 email to Gree Zhuhai's board chairperson.  In his September 21, 2012

7

1  email, Gree USA's CEO said that he understood that Gree Zhuhai

2  wanted to delay a recall of the Gree dehumidifiers for 6 to 9

3  months.  Gree USA's CEO also said that he thought that the Gree

4  dehumidifiers were still likely to catch fire, and that, after

5  careful consideration, Gree USA's officers had decided to report the

6  Gree dehumidifiers to the United States government.

7       20. The next day, Gree Zhuhai's chief engineer replied to the

8  September 21, 2012 email from Gree USA's CEO without copying Gree

9  Zhuhai's board chairperson.  In his September 22, 2012 email, Gree

10  Zhuhai's chief engineer said that Gree Zhuhai had clearly expressed

11  its opinion about how to handle the defective Gree dehumidifiers,

12  and that he hoped Gree USA's CEO would follow that opinion.  Gree

13  Zhuhai's chief engineer said that he had no authority to approve

14  what Gree USA's CEO proposed in his September 21, 2012 email and

15  that he hoped Gree USA's CEO would report his decision on how to

16  handle the defective Gree dehumidifiers to Gree Zhuhai's board

17  chairperson and listen to her opinion.

18       21. On September 28, 2012, Gree USA's CEO sent an email to Gree

19  Zhuhai's board chairperson, copying no one else from Gree Zhuhai or

20  Gree Hong Kong.  In his email, Gree USA's CEO stated again that

21  Gree's dehumidifiers had two known defects: (1) the compressors in

22  the dehumidifiers could overheat; and (2) the plastic in the

23  dehumidifiers did not meet UL standards for fire resistance, meaning

24  that the plastic would burn when overheated.  Gree USA's CEO said

25  that it was known that these two defects could cause the

26  dehumidifiers to catch fire and that there were numerous consumer

27  complaints about the dehumidifiers in fact catching fire.  Gree

28  USA's CEO also said that the Gree Companies had sold millions of

these defective dehumidifiers.  Gree USA's CEO further related that he believed the Gree Companies should recall the dehumidifiers and warn consumers that using them could result in personal injuries and property damage, but that Gree Zhuhai had not agreed to a recall. Gree USA's CEO warned that a recall could cost hundreds of millions of dollars, would harm the reputation of Gree products, and would reduce the Gree Companies' market share.  But Gree USA's CEO also warned that if Gree Zhuhai did not reach an agreement with Gree USA on the recall of the dehumidifiers, then Gree USA unilaterally would report the Gree dehumidifiers to the United States government.  Gree USA's CEO concluded his email by saying that this was a very important and urgent matter.  Neither Gree Zhuhai's board chairperson nor anyone else at Gree Zhuhai replied to this email.

22. Despite the Gree USA's CEO's September 4, 10, 21, and 28, 2012 emails, no employee of the Gree Companies reported the Gree dehumidifiers' defects or risks, or the known consumer complaints of fires related to the dehumidifiers, to the CPSC in September 2012.

23. In September 2012, Gree USA sold at least 24,999 defective Gree dehumidifiers to retailers in the United States for approximately $2,558,019.  The Gree Companies knew that the retailers wanted dehumidifiers that met all UL standards and did not burn when overheated.  The Gree Companies knew that Gree USA represented to its retailers that the Gree dehumidifiers met all UL standards.  Gree USA's CEO, CFO and CAO knew that Gree USA's representations that these Gree dehumidifiers met all UL standards were false when these dehumidifiers were sold.

<u>The Gree Companies Continue to Sell</u>

<u>Their Defective Dehumidifiers in the United States</u>

<u>Without Reporting Them to the CPSC</u>

24. On October 19, 2012, a sales representative for Gree USA met in person with Gree Zhuhai's board chairperson in China. During this meeting, the sales representative discussed the defective Gree dehumidifiers with Gree Zhuhai's board chairperson. Gree Zhuhai's board chairperson said that she would send a new Gree Hong Kong manager ("Gree Hong Kong Manager #2") to the United States to address the problems associated with the dehumidifiers.

25. In October 2012, Gree USA sent to Gree Zhuhai new consumer reports of fires related to the Gree dehumidifiers. These reports contradicted Gree Hong Kong Manager #1's statements at the September 19 meeting that a recall could be delayed 6 to 9 months because cooler fall and winter temperatures would help prevent dehumidifiers from overheating and catching fire and that there should be very few, if any, dehumidifier fires in the 6 to 9 months following September 2012. Despite these new consumer reports of fires caused by Gree dehumidifiers, no employee of the Gree Companies informed the CPSC about the dehumidifiers' defects or risks in October 2012.

26. In October 2012, Gree USA sold at least 2,938 defective Gree dehumidifiers to retailers in the United States for approximately $429,426. The Gree Companies knew that the retailers wanted dehumidifiers that met all UL standards and did not burn when overheated. The Gree Companies knew that Gree USA represented to its retailers that the Gree dehumidifiers met all UL standards. Gree USA's CEO, CFO and CAO knew that Gree USA's representations

1 that these Gree dehumidifiers met all UL standards were false when

2 these dehumidifiers were sold.

3     The Gree Companies Receive Another Test Report Showing

4     That Their Dehumidifiers are Defective and Dangerous

5     27. In late October 2012, Gree USA sent two Gree dehumidifiers

6 to an independent testing company for testing.  On November 5, 2012,

7 the testing company wrote a report confirming and reiterating that

8 the Gree dehumidifiers were defective because the compressors in the

9 dehumidifiers could run continuously and thereby overheat to an

10 "extreme high temperature."  Gree USA's CEO received this report on

11 November 6, 2012.  Gree USA's CEO immediately sent the report to

12 Gree Hong Kong Manager #2, who had taken over responsibility for the

13 importation and sale of the Gree dehumidifiers in the United States

14 from Gree Hong Kong Manager #1.

15     The Gree Companies Continue to Sell

16     Their Defective Dehumidifiers in the United States

17     Without Reporting Them to the CPSC

18     28. At the end of November 2012, Gree USA's CEO told Gree Hong

19 Kong Manager #2 that an attorney advised him to inform the CPSC

20 immediately of all consumer reports of fires related to the Gree

21 dehumidifiers.  Despite this legal advice and the November 5, 2012

22 test report reiterating that the Gree dehumidifiers were dangerously

23 defective, no employee of the Gree Companies informed the CPSC about

24 the dehumidifiers' defects, risks, or reported fires in November

25 2012.

26     29. In November 2012, Gree USA sold at least 6,817 defective

27 Gree dehumidifiers to retailers in the United States for

28 approximately $792,067.  The Gree Companies knew that the retailers

1   wanted dehumidifiers that met all UL standards and did not burn when

2   overheated.  The Gree Companies knew that Gree USA represented to

3   its retailers that the Gree dehumidifiers met all UL standards.

4   Gree USA's CEO, CFO and CAO knew that Gree USA's representations

5   that these Gree dehumidifiers met all UL standards were false when

6   these dehumidifiers were sold.

7           The Gree Companies Have Yet Another Meeting to Discuss

8       Their Defective Dehumidifiers But Still Do Not Inform the CPSC

9        30. On December 18, 2012, Gree USA's CEO and another Gree USA

10  officer went with an attorney to Hong Kong to meet with Gree Hong

11  Kong Manager #2, a Gree Zhuhai engineer, Gree Zhuhai's Chief

12  Financial Officer ("CFO") and three attorneys representing Gree

13  Zhuhai.  At this meeting, Gree USA's CEO discussed the November 5,

14  2012 test report with Gree Hong Kong Manager #2, the Gree Zhuhai

15  engineer and the Gree Zhuhai CFO.  Gree Hong Kong Manager #2, the

16  Gree Zhuhai engineer and the Gree Zhuhai CFO told Gree USA's CEO

17  that Gree Zhuhai would test the Gree dehumidifiers and let him know

18  the results of their testing.

19       31. No employee of the Gree Companies informed the CPSC about

20  the dehumidifiers' defects, risks, or reported fires in December

21  2012.

22       32. In December 2012, Gree USA sold at least 1,395 defective

23  Gree dehumidifiers to retailers in the United States for

24  approximately $201,835.  The Gree Companies knew that the retailers

25  wanted dehumidifiers that met all UL standards and did not burn when

26  overheated.  The Gree Companies knew that Gree USA represented to

27  its retailers that the Gree dehumidifiers met all UL standards.

28  Gree USA's CEO, CFO and CAO knew that Gree USA's representations

12

that these Gree dehumidifiers met all UL standards were false when these dehumidifiers were sold.

The Gree Companies Decide to Keep Selling

Their Defective Dehumidifiers in the United States

Without Reporting Them to the CPSC

33. On January 23, 2013, a Gree USA officer sent an email to Gree Hong Kong Manager #2. The email stated that Gree USA's and MJC America's insurance company suggested that Gree USA report the Gree dehumidifiers to the CPSC and recall all of the defective Gree dehumidifiers. The email also stated that the insurance company "wanted to know if any actions were taken to test the product design in case it is defective" and was told that "the product was submitted to several different testing and no faulty [sic] in the design was found[,] also that new production has an extra protection[.]" The Gree USA officer further reported in her email that Gree USA had received a new consumer report of a dehumidifier fire and asked how Gree USA should handle this report.

34. Also on January 23, 2013, Gree Zhuhai told Gree USA in writing that it had tested its dehumidifiers and that they were not defective and could be sold in the United States. Gree Zhuhai did not provide Gree USA with any details on its testing or explain the inconsistency in its test results with those of all prior tests of the Gree dehumidifiers.

35. Despite the recommendation of Gree USA's insurance company to report the Gree dehumidifiers to the CPSC and recall the defective Gree dehumidifiers, and the new consumer report of fire, no employee of the Gree Companies informed the CPSC about the

13

1  dehumidifiers' defects, risks, or reported fires in January or

2  February 2013.

3      36. Gree USA sold at least 7,609 and 29,857 defective Gree

4  dehumidifiers in January and February 2013, respectively, to

5  retailers in the United States for approximately $905,291, and

6  $3,255,542, respectively.  The Gree Companies knew that the

7  retailers wanted dehumidifiers that met all UL standards and did not

8  burn when overheated.  The Gree Companies knew that Gree USA

9  represented to its retailers that the Gree dehumidifiers met all UL

10 standards.  Gree USA's CEO, CFO and CAO knew that Gree USA's

11 representations that these Gree dehumidifiers met all UL standards

12 were false when these dehumidifiers were sold.

13     The Gree Companies Finally Report Their Defective Dehumidifiers

14             to the CPSC but Continue to Sell Those Dehumidifiers

15                         in the United States

16     37. On March 14, 2013, Gree USA, Gree Zhuhai, and MJC America

17 made an initial report to the CPSC about their dehumidifiers.  The

18 initial report stated that they had sold approximately 1.6 million

19 Gree dehumidifiers in the United States since 2010, and that

20 consumers who had purchased those dehumidifiers had reported fires,

21 overheating, smoke, odors, and property damage related to these

22 dehumidifiers.  The initial report did not mention the defects in

23 the Gree dehumidifiers that caused the dehumidifiers to burn.

24     38. Gree USA sold at least 6,025 and 7,596 defective Gree

25 dehumidifiers in March and April 2013, respectively, to retailers in

26 the United States for approximately $571,702 and $799,244,

27 respectively.  The Gree Companies knew that the retailers wanted

28 dehumidifiers that met all UL standards and did not burn when

                                14

overheated.  The Gree Companies knew that Gree USA represented to its retailers that the Gree dehumidifiers met all UL standards. Gree USA's CEO, CFO and CAO knew that Gree USA's representations that these Gree dehumidifiers met all UL standards were false when these dehumidifiers were sold.

39. On April 23, 2013, the Chief Administrative Officer of Gree USA received an independent test report showing that the plastic used in four Gree dehumidifiers made in 2010, 2011, and 2012 did not meet UL standards for fire resistance.

40. On April 30, 2013, Gree USA, Gree Zhuhai, and MJC America made a second, more comprehensive report to the CPSC about their defective Gree dehumidifiers.  This report stated that Gree USA, Gree Zhuhai, and MJC America sold approximately 1.84 million of the Gree dehumidifiers and that they had not concluded that these Gree dehumidifiers posed a substantial product hazard or that the dehumidifiers needed to be recalled.  This report listed nineteen known consumer reports of fires involving Gree dehumidifiers with all but one of the fires occurring between June 14, 2012 and April 15, 2013.

41. After their April 30, 2013 report to the CPSC, the Gree Companies continued to receive consumer reports of fires caused by Gree dehumidifiers.

42. The Gree Companies received at least $9,500,000 from the distribution and wholesale of defective Gree dehumidifiers from September 2012 through April 2013.  Additionally, the Gree Companies received at least $29,500,000 from the distribution and wholesale of other non-defective Gree dehumidifiers from September 2012 through April 2013.

43. United States consumers lost at least $17,400,000 by purchasing defective and dangerous Gree dehumidifiers manufactured, distributed, or sold by the Gree Companies from September 2012 through April 2013.

44. From September 2012 to April 2013, United States consumers sustained at least $2,100,000 worth of property damaged or destroyed in fires caused by the defective Gree dehumidifiers.

### The Gree Companies Imported Their Defective Dehumidifiers

### With False UL Certifications

45. Between 2010 and at least until September 2012, the Gree Companies imported into the United States Gree dehumidifiers with certifications that the dehumidifiers met all UL standards, when in fact the dehumidifiers did not meet UL standards.

### The Gree Companies Finally Recall

### Their Defective Dehumidifiers

46. By mid-July 2013, Gree Zhuhai decided to recall its defective Gree dehumidifiers and notified the CPSC of this decision. After making this decision, Gree Zhuhai started to plan for the recall.

47. On September 12, 2013, Gree Zhuhai and the CPSC announced a voluntary recall of 2.2 million Gree dehumidifiers in the United States.

48. Despite its recall, Gree Zhuhai has received hundreds of consumer reports of fires and overheating caused by defective Gree dehumidifiers. Consumers have reported more than 2,000 incidents involving Gree dehumidifiers, including 450 fires and more than $19,000,000 in property damage.

49. No later than September 19, 2012, each of the Gree Companies had information which reasonably supported the conclusion that their Gree dehumidifiers: (1) contained defects which created a substantial product hazard, that is, a substantial risk of injury to the public; and (2) created an unreasonable risk of serious injury or death.  After learning this information, each of the Gree Companies knowingly and willfully failed immediately to inform the United States Consumer Product Safety Commission about these dangerous defects in their Gree dehumidifiers or the dangerous risks posed by their Gree dehumidifiers.

50. As a result of the Gree Companies' failure to report immediately their defective Gree dehumidifiers to the United States Consumer Product Safety Commission, the Gree Companies were able to continue to distribute and wholesale their dehumidifiers, including defective Gree dehumidifiers, from September 2012 through April 2013, and received more than $39,000,000 in proceeds from this distribution and wholesale of Gree dehumidifiers.  For purposes of forfeiture, the approximately $39,000,000 that the Gree Companies received are assets associated with their failure to report immediately their defective Gree dehumidifiers to the United States Consumer Product Safety Commission in violation of 15 U.S.C. §§ 2068(a)(4) and 2070.